# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153370-3(59)

In re Estate of IRENE GORNEY.
_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
       Plaintiff-Appellant,

v

ESTATE OF IRENE GORNEY,
Defendant-Appellee.
_____/

SC: 153370
COA: 323090
Huron Probate Court:
  13-039597-CZ

In re Estate of WILLIAM B. FRENCH.
_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
       Plaintiff-Appellant,

v

DANIEL GENE FRENCH, Personal
Representative for the Estate of WILLIAM
B. FRENCH,
       Defendant-Appellee.
_____/

SC: 153371
COA: 323185
Calhoun Probate Court:
  2013-000992-CZ

In re Estate of WILMA KETCHUM.
_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
   Plaintiff-Appellant,

v

ESTATE OF WILMA KETCHUM
   Defendant-Appellee.
_____/

SC: 153372
COA: 323304
Clinton Probate Court:
 14-028416-CZ

In re Estate of OLIVE RASMER.
_____

DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
   Plaintiff-Appellant,

v

RICHARD RASMER, Personal Representative
of the Estate of OLIVE RASMER
   Defendant-Appellee.
_____/

SC: 153373
COA: 326642
Bay Probate Court:
 14-049740-CZ

   On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The application will be accepted as timely filed if submitted on or before April 28, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2016      
                Clerk